Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 9 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TREVOR J. LUNNEY,<br><br>　　　　　Defendant. | INDICTMENT<br><br>Vio: 18 U.S.C. § 875(c)<br>　　　Threats in Interstate<br>　　　Communications |

The Grand Jury charges:

On or about December 5, 2022, in the Eastern District of Washington, the Defendant, TREVOR J. LUNNEY, knowingly and willfully transmitted in interstate commerce electronic communications containing a threat to injure the person of another, to wit: the Defendant, TREVOR J. LUNNEY, transmitted an

INDICTMENT – 1

email to T.L. in interstate and foreign commerce, threatening to injure or kill C.L. and R.S., all in violation of 18 U.S.C. § 875(c).

DATED this 18 day of July, 2023.

A TRUE BILL

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Amir Ghori (for)*
Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 2